IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD PFORTER, | : |
|     Petitioner, | : |
| | : |
| v. | :   Civ. No. 14-551 |
| | : |
| BRIAN THOMPSON, | : |
|     Respondent. | : |

## O R D E R

**AND NOW**, this 15th day of June, 2015, upon careful and independent consideration of the Petition for a Writ of Habeas Corpus, and after review of the Report and Recommendation of Judge Hey, to which no objections have been made, it is hereby **ORDERED** that:

1. The Report and Recommendation (Doc. No. 12) is **APPROVED** and **ADOPTED**.

2. The Petition for a Writ of Habeas Corpus (Doc. No. 1) is **DISMISSED as moot**.

3. Because Petitioner has not made a substantial showing of the denial of a constitutional right, there are no grounds on which to issue a certificate of appealability.

4. The Clerk shall mark this case as **CLOSED**.

                                                **AND IT IS SO ORDERED.**

                                                */s/ Paul S. Diamond*

                                                Paul S. Diamond, J.